UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 1:20-cv-04593 |
| | : Honorable Elaine E. Bucklo |
| **233 E ONTARIO HOTEL PROPCO LLC** | : |
| **d/b/a IVY HOTEL, a Foreign Limited Liability Company,** | : |
| **Defendant.** | : |

## REPORT OF PARTIES' PLANNING MEETING

1. **Meeting.** Pursuant to FED. R. CIV. P. 26(f), a meeting was held on October 9, 2020 via phone and was attended by: Kimberly A. Corkill, Esq. (for Plaintiff) and Mary A. Smigielski and Kenneth D. Walsh (for Defendant)

2. **Pretrial Schedule.** The parties jointly propose to the court the following discovery plan:

    Plaintiff to amend pleadings by October 23, 2020.

    Plaintiff to add any additional parties by October 23, 2020.

    Defendant to amend pleadings by October 30, 2020.

    Defendant to add any additional parties by October 30, 2020.

3. **Discovery.** Discovery will be needed on the following subjects:

    (a) Disclosures pursuant to Pursuant to FED. R. CIV. 26(a)(1) to be made by November 13, 2020. Fact discovery to be commenced in time to be completed by February 28, 2021.

2

(b) The parties expect they will need approximately 4 depositions.

(c) Reports from retained experts under Rule 26(a)(2) due:

Date for plaintiff to comply with FRCP(26)(a)(2): March 1, 2021

Date for defendant to comply with FRCP(26)(a)(2): March 15, 2021

All expert discovery to be completed by (date). March 31, 2021.

(d) All potentially dispositive motions should be filed by April 30, 2021.

(e) Final pretrial order: Plaintiff to prepare proposed draft by May 15, 2021; parties to file joint final pretrial order by May 30, 2021

(f) The case should be ready for trial by June 1, 2021 and at this time is expected to take approximately 1 to 2 days.

4. **Settlement.** At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff is directed to make a written settlement demand to the defendant. At least 7 days prior to the scheduling conference defendant is to respond in writing to the plaintiff's settlement demand.

5. **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

Date: October 13, 2020.

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 139262

By: /s/ Mary A. Smigielski

Mary A. Smigielski
Kenneth D. Walsh
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312.463.3377
Mary.Smigielski@lewisbrisbois.com
Kenneth.Walsh@lewisbrisbois.com

Stephen E. Abraham, California State Bar # 172054
LEWIS BRISBOIS BISGAARD & SMITH LLP
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
Telephone: 714.668.5562
Facsimile: 714.850.1030
E-Mail: Stephen.Abraham@lewisbrisbois.com
*Pro Hac Application to be Submitted*