# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Deborah Laufer

                        Plaintiff,

v.                                                                       Case No.: 1:20−cv−04593

                                                                              Honorable Elaine E. Bucklo

233 E Ontario Hotel Propco LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 4, 2021:

      MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to the notice of settlement of claim, the status hearing of 6/7/2021 is stricken and reset to 7/7/2021 at 9:30 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 7/1/2021. The court will enter a scheduling order in response to the status report. If a stipulation to dismiss is submitted in advance of that date, no appearance is required. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.