# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **DEBORAH LAUFER, Individually,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 1:20-cv-04593** |
| | : | **Honorable Elaine E. Bucklo** |
| **233 E ONTARIO HOTEL PROPCO LLC** | : | |
| **d/b/a IVY HOTEL, a Foreign Limited Liability** | : | |
| **Company,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff, by and through undersigned counsel, hereby moves this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR THE PLAINTIFF:

_/s/ Kimberly A. Corkill_
Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942
_Attorneys for Plaintiff_

FOR THE DEFENDANT:

 /s/ Kenneth D. Walsh
Kenneth D. Walsh, Esq.
Mary A. Smigielski
Stephen L. Sitley
Kenneth D. Walsh
550 West Adams Street, Suite 300
Chicago, Illinois 60661
(312) 463-3496
Mary.Smigielski@lewisbrisbois.com
Stephen.Sitley@lewisbrisbois.com
Kenneth.Walsh@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that June 7, 2021 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

/s/_Kimberly A. Corkill_
Attorney